CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 2 5 2008

BY: JOHN F. CORCORAN, CLERK
    /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:02CR30064 |
| v. | 2255 FINAL ORDER |
| DAVID ALLEN DAY | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the defendant's submission, entitled "Defendants AUDITA QUERELA petition under the ALL WRITS ACT," but construed by the court as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive and the case is hereby stricken from the active docket.

ENTER: This 25th day of November, 2008.

/s/ James C. Turk
Senior United States District Judge