CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2015

JULIA C. ~~~~~, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:02CR30064 |
| | ) | (CASE NO. 5:15CV80804) |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| DAVID ALLEN DAY, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendant's current motion (ECF No. 212), seeking to reopen his prior motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **CONSTRUED** as a § 2255 motion and is summarily **DISMISSED** under § 2255(h) as successive, and the clerk will close the § 2255 action. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 21st day of April, 2015.

_____
Chief United States District Judge